### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No.: 20-10487 |
| **Denise Houser** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **U.S. Bank National Association, as** : | Related Document #26 |
| **Trustee for Citigroup Mortgage Loan** : | |
| **Trust 2006-WFHE4, Asset-Backed** : | |
| **Pass-Through Certificates, Series 2006-** : | |
| **WFHE4** : | |
| **Movant,** : | |
| vs : | |
| : | |
| **Denise Houser** | |
| | |
| **KENNETH E. WEST** | |
| **Respondents.** | |

### ORDER OF COURT

AND NOW, this __29th__ day of __March__, 20__23__, upon consideration of the Certification of Default filed by U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE4, Asset-Backed Pass-Through Certificates, Series 2006-WFHE4 ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 120 Hanover Avenue, North Wales, PA 19454 and more particularly described in the Mortgage, recorded September 11, 2006, at Instrument Number 2006113133.

It is further **ORDERED**, that the automatic stay shall not apply to the Property for a period of two years from the date of this order. Any Sheriff that is presented with a bankruptcy petition filed within the two-year period by Denise Houser or any other person claiming an interest in the Property, may disregard the petition and proceed with the sale of the property.

It is further **ORDERED**, that in the event of dismissal of this case for any reason, the

debtor and any person claiming an interest in the Property shall be prohibited from filing a bankruptcy petition, under any chapter of the Code, for a period of two years.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA  19107, ecfemails@ph13trustee.com (notified by ecf)

JOSEPH F. CLAFFY, Attorney for Debtor, Joseph F. Claffy & Associates, P.C., 26 South Church Street, Suite 1 South, West Chester, PA  19382, claffylaw@outlook.com (notified by ecf)

Denise Houser, Debtor, 120 Hanover Ave., North Wales, PA  19454 (notified by regular US Mail)

20-003474_EJS1