United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 20-10487-amc

Denise Houser                                                                                      Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Houser, 120 Hanover Ave., North Wales, PA 19454-1631 |
| 14461092 | | U.S. Bank National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 31 2023 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 31 2023 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 31 2023 23:49:47 | Wells Fargo Bank, N.A., 1100 Corporate Center dr, Raleigh, NC 27607-5066 |
| 14457802 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 31 2023 23:49:47 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14487253 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2023 23:49:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14457803 | | Email/Text: amps@manleydeas.com | Mar 31 2023 23:43:00 | Manley Deas Kochalski, c/o Sarah E. Barngrover, Esq, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14631683 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 31 2023 23:49:47 | U.S. Bank NA, c/o Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14474631 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 31 2023 23:49:55 | U.S. Bank National Association, c/o Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14661458 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 31 2023 23:49:51 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14457804 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 31 2023 23:49:47 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2                                    User: admin                                              Page 2 of 2
Date Rcvd: Mar 31, 2023                                Form ID: pdf900                                        Total Noticed: 12

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2023                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:**

**Name**                        **Email Address**

ADAM BRADLEY HALL
                   on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

ALYK L OFLAZIAN
                   on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

JOSEPH F. CLAFFY
                   on behalf of Debtor Denise Houser claffylaw@outlook.com  claffylaw@aol.com;claffylawecf@gmail.com

KENNETH E. WEST
                   ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN S. ZABEL
                   on behalf of Defendant Wells Fargo Bank  N.A. lzabel@reedsmith.com

MARK A. CRONIN
                   on behalf of Plaintiff Denise Houser bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
                   on behalf of Defendant Manley Deas Kochalski LLC sarah.barngrover@beckshybrids.com

United States Trustee
                   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 20-10487** |
| **Denise Houser** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | | |
| | : | |
| **U.S. Bank National Association, as** | : | **Related Document #26** |
| **Trustee for Citigroup Mortgage Loan** | : | |
| **Trust 2006-WFHE4, Asset-Backed** | : | |
| **Pass-Through Certificates, Series 2006-** | : | |
| **WFHE4** | : | |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Denise Houser** | | |
| | | |
| **KENNETH E. WEST** | | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, this ___29th___ day of ___March___, 20 _23_, upon consideration of the
Certification of Default filed by U.S. Bank National Association, as Trustee for Citigroup
Mortgage Loan Trust 2006-WFHE4, Asset-Backed Pass-Through Certificates, Series 2006-
WFHE4 ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is
terminated as it affects the interest of Creditor in and to the property located at 120 Hanover
Avenue, North Wales, PA 19454 and more particularly described in the Mortgage, recorded
September 11, 2006, at Instrument Number 2006113133.

It is further **ORDERED**, that the automatic stay shall not apply to the Property for a
period of two years from the date of this order. Any Sheriff that is presented with a bankruptcy
petition filed within the two-year period by Denise Houser or any other person claiming an
interest in the Property, may disregard the petition and proceed with the sale of the property.

It is further **ORDERED**, that in the event of dismissal of this case for any reason, the

20-003474_EJS1

debtor and any person claiming an interest in the Property shall be prohibited from filing a bankruptcy petition, under any chapter of the Code, for a period of two years.

BY THE COURT

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA  19107, ecfemails@ph13trustee.com (notified by ecf)

JOSEPH F. CLAFFY, Attorney for Debtor, Joseph F. Claffy & Associates, P.C., 26 South Church Street, Suite 1 South, West Chester, PA  19382, claffylaw@outlook.com (notified by ecf)

Denise Houser, Debtor, 120 Hanover Ave., North Wales, PA  19454 (notified by regular US Mail)

20-003474_EJS1