IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

In Re: Denise Houser          )    Case No.  **20-10487**
                              )
                              )    Chapter 13

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to 11 U.S.C. Section 1307(b) the Debtor Denise Houser, by her counsel, Sharon S. Masters, Esquire, hereby gives notice that the above-captioned case is voluntarily dismissed, effective immediately.

Date: 7/12/2023

/s/ Sharon S. Masters
Sharon S. Masters, Equire
Attorney ID No. 50360
132 Overleaf Drive
Thorndale, PA  19372
(610) 322-5277
shmasters@hotmail.com