## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DENISE HOUSER ) | Bankruptcy No. 20-10487amc |
| Debtor. ) | |
| ) | Chapter 13 |

## ORDER

AND NOW, this ___ day of July, 2023, there being no objection from the Chapter 13 Standing Trustee, this case is hereby voluntarily dismissed at request of Debtor.

Debtor and anyone claiming an interest in the Property shall be prohibit from filing a bankruptcy petition for a period of two (2) years from the date of this Order.

Respectfully submitted,

/s/ *Sharon S. Masters*
Sharon S. Masters, Esquire
132 Overleaf Drive
Thorndale, PA 19372
(610) 322-5277
FAX: (951) 344-0434
shmasters@hotmail.com
Attorney for Debtor

Dated: 7/18/2023