**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **DENISE HOUSER** | : | |
| Debtor(s) | : | Bky. No. 20-10487-AMC |

# ORDER DISMISSING CHAPTER 13 CASE

**AND NOW,** upon the Debtor's oral motion requesting dismissal of this case and after hearing on July 18, 2023 and no objection of the Standing Chapter 13 Trustee, it is hereby

**ORDERED** that this case is voluntarily **DISMISSED** and that any wage orders presently in effect are **VACATED**, and it is further

**ORDERED**, that in light of the Order dated March 29, 2023 (Doc. #81) entered in this matter, the Debtor shall be prohibited from filing any subsequent bankruptcy petition within a period of 2 years from the date of this order without court approval.

**Date: July 19, 2023**

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**