United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-10487-amc

Denise Houser     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Jul 20, 2023     Form ID: pdf900     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Houser, 120 Hanover Ave., North Wales, PA 19454-1631 |
| 14461092 | | U.S. Bank National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 21 2023 00:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 21 2023 00:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 21 2023 00:48:15 | Wells Fargo Bank, N.A., 1100 Corporate Center dr, Raleigh, NC 27607-5066 |
| 14457802 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 21 2023 00:48:17 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14487253 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 01:03:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14457803 | | Email/Text: amps@manleydeas.com | Jul 21 2023 00:49:00 | Manley Deas Kochalski, c/o Sarah E. Barngrover, Esq, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14631683 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 21 2023 02:11:49 | U.S. Bank NA, c/o Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14474631 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 21 2023 00:46:29 | U.S. Bank National Association, c/o Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14661458 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 21 2023 02:11:44 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14457804 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 21 2023 00:46:29 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 12 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN S. ZABEL | on behalf of Defendant Wells Fargo Bank  N.A. lzabel@reedsmith.com |
| MARK A. CRONIN | on behalf of Plaintiff Denise Houser bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Defendant Manley Deas Kochalski LLC sarah.barngrover@beckshybrids.com |
| SHARON S. MASTERS | on behalf of Debtor Denise Houser shmasters@hotmail.com  G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| DENISE HOUSER | : | |
| Debtor(s) | : | Bky. No. 20-10487-AMC |

# ORDER DISMISSING CHAPTER 13 CASE

**AND NOW,** upon the Debtor's oral motion requesting dismissal of this case and after hearing on July 18, 2023 and no objection of the Standing Chapter 13 Trustee, it is hereby

**ORDERED** that this case is voluntarily **DISMISSED** and that any wage orders presently in effect are **VACATED**, and it is further

**ORDERED**, that in light of the Order dated March 29, 2023 (Doc. #81) entered in this matter, the Debtor shall be prohibited from filing any subsequent bankruptcy petition within a period of 2 years from the date of this order without court approval.

Date: July 19, 2023

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE